# United States Bankruptcy Court
**District of Maryland**

In re **Kenneth Lawrence Smith**  
Debtor(s)

Case No. _____  
Chapter **13**

## CHAPTER 13 PLAN

☐ Original Plan    ☒ 6th Amended Plan    ☐ Modified Plan

The Debtor proposes the following Chapter 13 plan and makes the following declarations:

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee, and the Debtor will pay as follows (select only one):

   a. $_____ per month for a term of _____ months. OR

   b. $ **483.00** per month for months **1 through 5** month(s),

      $ 850.00 per month for 1 month, then
      $ **850.00** per month for **54** month(s), for a total term of **60** months. OR

   c. $_____ per month prior to confirmation of this plan, and $_____ per month after confirmation of this plan, for a total term of _____ months (if this option is selected, complete 2.e.i.).

2. From the payments received, the Trustee will make the disbursements described below:
   a. Allowed unsecured claims for domestic support obligations and Trustee's commissions.
   b. Administrative claims under 11 U.S.C. § 507(a)(2), including attorney's fee balance of $ **2,500.00** (unless allowed for a different amount upon prior or subsequent objection).
   c. Claims payable under 11 U.S.C. § 1326(b)(3). Specify the monthly payment: $ **0.00**.
   d. Other priority claims defined by 11 U.S.C. § 507(a)(3) - (10). The Debtor anticipates the following claims:

| Claimant | Amount of Claim |
|---|---|
| **-NONE-** | |

   e. Concurrent with payments on non-administrative priority claims, the Trustee will pay secured creditors as follows:

      i. Until the plan is confirmed, adequate protection payments and/or personal property lease payments on the following claims will be paid directly by the Debtor; and, after confirmation of the plan, the claims will be treated as specified in 2.e.ii or 2.e.iii, below (designate the amount of the monthly payment to be made by the Debtor, and provide the redacted account number (last 4 digits only), if any, used by the claimant to identify the claim):

| Claimant | Redacted Acct. No. | Monthly Payment |
|---|---|---|
| **-Beneficial/HFC** | 51171013524241 | $552.00 |
| **Citifinancial** | 6072040237107169 | $282.00 |
| **GMAC Mortgage** | 16-098892 | $3,293.37 |
| **Columbia Association-** | 472699404 | |

- 1 -

      ii.    Pre-petition arrears on the following claims will be paid through equal monthly amounts under the plan while the Debtor maintains post-petition payments directly (designate the amount of anticipated arrears, and the amount of monthly payment for arrears to be made under the plan):

| Claimant | Anticipated Arrears | Monthly Payment | No. of Mos. |
|---|---|---|---|
| **GMAC Mortgage** | $20,499.99 | $611.15 | 3-15 |
|  |  | $730.51 | 16-33 |

      iii.    The following secured claims will be paid in full, as allowed, at the designated interest rates through equal monthly amounts under the plan:

| Claimant | Amount | % Rate | Monthly Payment | No. of Mos. |
|---|---|---|---|---|
| **-Columbia Assoc.** | $759.00 | 10% | $28.85 | 3-15 |
|  |  |  | $34.49 | 16-33 |

      iv.    The following secured claims will be satisfied through surrender of the collateral securing the claims (describe the collateral); any allowed claims for deficiencies will be paid pro rata with general unsecured creditors; upon confirmation of the plan, the automatic stay is lifted, if not modified earlier, as to the collateral of the listed creditors:

| Claimant | Amount of Claim | Description of Collateral |
|---|---|---|
| **-NONE-** |  |  |

      v.    The following secured claims are not affected by this plan and will be paid outside of the plan directly by the Debtor:

| Claimant |
|---|
| **-Beneficial/HFC-** |

      vi.    If any secured claim not described in the previous paragraphs is filed and not disallowed, that claim shall be paid or otherwise dealt with outside of the plan directly by the Debtor, and it will not be discharged upon completion of the plan.

    f.    After payment of priority and secured claims, the balance of funds will be paid 100 % on allowed general, unsecured claims.  (If there is more than one class of unsecured claims, describe each class.)

3.    The amount of each claim to be paid under the plan will be established by the creditor's proof of claim or superseding Court order.  The Debtor anticipates filing the following motion(s) to value a claim or avoid a lien. (Indicate the asserted value of the secured claim for any motion to value collateral.):

| Claimant | Amount of Claim | Description of Property |
|---|---|---|
| **-NONE-** |  |  |

4.    Secured Creditors will retain their liens until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or discharge under § 1328; and if the case is dismissed or converted without completion of the plan, the lien shall also be retained by such holders to the extent recognized under applicable nonbankruptcy law.

5.    The following executory contracts and/or unexpired leases are assumed (or rejected, so indicate); any unexpired lease with respect to personal property that has not previously been assumed during the case, and is not assumed in the plan, is deemed rejected and the stay of §§ 362 and/or 1301 is automatically terminated:

| Other Party | Description of Contract or Lease | Assumed or Rejected |
|---|---|---|
| **-NONE-** |  |  |

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

- 3 -

6. Title to the Debtor's property shall revest in the Debtor when the Debtor is granted a discharge pursuant to 11 U.S.C. § 1328, or upon dismissal of the case, or upon closing the case.

7. Non-Standard Provisions: None

Date **April 29, 2008**     Signature **/s/ Kenneth Lawrence Smith**
    **Kenneth Lawrence Smith**
    Debtor

Attorney **/s/ Steven A. Wilder**
    **Steven A. Wilder 01273**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

## United States Bankruptcy Court
### District of Maryland

In re  **Kenneth Lawrence Smith**                                                                       Case No.  **07-20431**
Debtor(s)                                                                                     Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **April 29, 2008**, a copy of  **6th Amended Chapter 13 Plan**    was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors.

                                              **/s/ Steven A. Wilder**
                                              **Steven A. Wilder 01273**
                                              **Jill A. Kolodner, Esquire**
                                              **14 W. Madison Street**
                                              **Baltimore, MA 21201**
                                              **(410) 837-2144Fax:(410) 246-1882**