

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| KENNETH LAWRENCE SMITH | * | Case No.:  07-20431-NVA |
| | * | |
| Debtor | * | Chapter 13 |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER CONFIRMING PLAN

The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditors and it having been determined, after hearing and notice, that the requirements for confirmation set forth in 11 U. S. C. §1325 have been satisfied and that the Plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

**ORDERED**, that the Sixth Amended Chapter 13 Plan filed 04/29/2008 is hereby confirmed; and it is further

**ORDERED**, that the property of the estate shall not vest in the Debtor until the Debtor is granted a discharge or this case is dismissed; and it is further

**ORDERED**, that the Debtor is directed to pay to the Trustee, on or before the 23rd day of each month, the sum of $483.00 for 5 months and then $850.00 for 55 months, for a total term of 60 months.

1

2

TRUSTEE RECOMMENDATION The Chapter 13 Trustee represents that the plan complies

with the provisions of 11 U.S.C. §1325 and recommends confirmation.


/s/ Gerard R. Vetter
Gerard R. Vetter
Chapter 13 Trustee


cc:
Debtor(s)
Debtor(s)' Counsel
Chapter 13 Trustee
All Creditors

**END OF ORDER**