

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF:

Kenneth Lawrence Smith

Case No.: 07-20431-NVA
Chapter 13

DEBTOR(S)

GMAC Mortgage LLC

MOVANT
vs.
Kenneth Lawrence Smith
Emogene B. Smith

RESPONDENT(S)

**CONSENT ORDER AND STIPULATION MODIFYING AUTOMATIC STAY**

TO THE HONORABLE, THE JUDGE OF SAID COURT:

Upon consideration of the foregoing Motion Seeking Relief from Automatic Stay, the parties having reached an agreement, and good cause having been shown, by the United States Bankruptcy Court for the District of Maryland.

1

ORDERED that the Automatic Stay be, and it is, hereby terminated, pursuant to 11 U.S.C. 362(d), to permit Movant, its assigns and/or successors, to commence foreclosure proceedings in the Circuit Court for Howard County, Maryland against the real property and improvement known as 6166 Tower Top, Columbia, MD 21045 and that the successful purchasers shall take possession of the same; and be it further

ORDERED that the relief granted in the immediately proceeding paragraph be, and the same is hereby stayed, provided that the Debtor(s):

1. Resume(s) making regular monthly payments on September 1, 2008 of $3,321.85 or as adjusted for escrow changes and continue thereafter, as well as all other conditions and obligations under the terms of the Deed of Trust or Mortgage, and

2. Make(s) a payment of $1,477.75 for EIGHT (8) months beginning September 15, 2008 and continue through April 15, 2008.  The total post-petition arrearage due from May, 2008 to August, 2008 is $11,821.95 which includes $650.00 bankruptcy legal fees, $150.00 filing fee and minus $2,265.45 from borrower suspense.

Payments should be mailed to:
GMAC Mortgage, LLC
1100 Virginia Drive, P.O. Box 8300
Fort Washington, PA 19034
Attn: Bankruptcy Department

Should the Debtor(s) fail to make any payment when due or should any payment be returned for insufficient funds, Movant shall file a Notice of Default with the Court.  Said Notice shall provide copies to the Debtor(s) and Debtor(s)' attorney and allow the Debtor(s) ten (10) days from the date the Affidavit of Default is mailed to cure two (2) default(s) under this agreement.  Any cure of an Affidavit of Default must be made in the form of a certified or cashier's check, or Western Union Quick Collect.  No right shall be given to cure any ensuing default.  In the event of a subsequent default and upon notice to Debtor(s), Debtor(s)' counsel and the Court the stay shall automatically terminate.

The ten (10) day stay of Bankruptcy Rule 4001(a)(3) is waived.

The parties agree that if the Debtor(s) converts this case to a Chapter 7, the Movant may immediately exercise all rights provided by the security instruments referenced in this Order and applicable state law.

| | |
|---|---|
| /s/Steve Wilder | /s/ Richard J. Rogers |
| Steve Wilder, Esquire | Richard J. Rogers, Esquire |
| Attorney for Debtor | Cohn, Goldberg & Deutsch, LLC |
| | 600 Baltimore Avenue, Suite 208 |
| | Towson, MD  21204 |
| | 410-296-2550 |
| | Fax: 410-296-2558 |
| | Email: bankruptcyecf@cgd-law.com |
| | Federal Bar #: 01980 (MD), 430501 (DC) |
| | Attorney for Movant |

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD), 430501 (DC)
Attorney for Movant

Copies to:

Kenneth Lawrence Smith
6166 Tower Top
Columbia, MD 21045

Emogene B. Smith
6166 Tower Top
Columbia, MD 21045

and respondent(s)' counsel:
Steve Wilder, Esquire
14 W. Madison Street
Baltimore, MD 21201

Gerard R. Vetter, Trustee
100 S. Charles Street, Ste 501, Tower II
Baltimore, MD 21201-2721

Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204

**End of Order**